## ALEXANDER WILLIAMS Respondent.

### *vs.*

## HOLMES & PROVOST, Appellant.

APPEAL FROM THE KENOSHA CIRCUIT COURT.

A motion to dismiss an appeal from a Justice of the Peace is a final determination of the cause in the circuit court, and an appeal lies therefrom.

Motions made in the progress of a cause are no part of the record proper, and must be made such in order to be noticed on error or appeal.

*By the Court*, SMITH J.    The judgment of the court below must be affirmed.    In *Kavanaugh vs. Titus*, 5 Wis. Rep., 143, and in several other cases, we have held that motions made in the progress of a cause are not part of the record, and can only be made so by bill of exceptions, duly settled.    There is no bill of exceptions in this case, and hence the motion and ruling of the court below are not properly before us.

Judgment affirmed.